# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156705 & (59)

*In re* GUARDIANSHIP OF DOROTHY REDD

_____

GARY REDD,
        Appellant,

v

        SC:  156705
        COA:  335152
        Oakland Probate Court:
        2014-356995-GA

JENNIFER CARNEY and NICHOLE LEGARDY,
as Co-Guardians for DOROTHY REDD, a legally
Incapacitated Person,
        Appellees.

_____/

      On order of the Court, the motion to supplement the application for leave to appeal is GRANTED.  The application for leave to appeal the September 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED as moot in light of the death of the incapacitated individual who was the subject of the guardianship at issue.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2018 _____

s1002



              Clerk